A. SIDNEY MALCOMSON, Respondent, v. MONATON REALTY INVESTING CORPORATION, Appellant.

*Malcomson* v. *Monaton Realty Investing Corpn.*, 154 App. Div. 694, affirmed.
(Argued March 9, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 21, 1913, affirming a judgment in favor of · plaintiff entered upon a verdict in an action on contract.

*Nelson L. Keach* and *Thornton J. Theall* for appellant.

*Henry L. Maxson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.